IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

Gustavo Pérez Ortiz

DBA - HNC BERMER GAS

Debtor (s)

CASE NUM.: 04-10847

CHAPTER 13

## NOTICE OF FILING PETITION IN BANKRUPTCY UNDER CHAPTER 13 AND OF AUTOMATIC STAY OF SUITS

You are hereby notified that the above named Debtor has filed a petition under Chapter 13 of Title 11 United States Code on OCT 2 1 2004 _____

Pursuant to the provisions of 11 USC 362, the filing of the petition by the above-named debtor operates as a say of the commencement or continuation of any court or other proceeding against the debtor, of the enforcement of any judgment against him, of any act or the commencement or continuation of any court proceeding to enforce any lien on the property of the debtor, and of any court proceeding commenced for the purpose of rehabilitation of the debtor or the liquidation of his estate.

You are further notified that under Bankruptcy Code, 11 USC 1301, a creditor may not act, or commence or continue any civil action, to collect all or any part of a consumer debt of the debtor from any individual that is liable of such debt with the debtor.

This notice is sent to you by order of the United States Bankruptcy Judge.

San Juan, Puerto Rico, this OCT 2 1 2004

CELESTINO MATTA MENDEZ, CLERK
UNITED STATES BANKRUPTCY COURT

by: _____

(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**GUSTAVO PEREZ ORTIZ** | Name of Joint Debtor (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**D/B/A H-N-C BERMER GAS** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**04-10847** | |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all): | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**URB. EL ALAMO**<br>**A5 CALLE LAREDO**<br>**GUAYNABO, PR 00969** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | |
| County of Residence or of the<br>Principal Place of Business: **Guaynabo** | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check on box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [ ] Chapter 11 | [x] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other | [ ] Clearing Bank | | | |

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business  [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Case:04-10847-GAC7   Doc#:1   Filed:10/21/04   Entered:11/09/04 00:00:00   Desc:
Converted from NIBS   Page 3 of 8

(Official Form 1) (9/01)                                                                                                          FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
JOSE M. GONZALEZ CINTRON, ESQ.
Printed Name of Attorney for Debtor(s)
GONZALEZ CINTRON LAW OFFICES
Firm Name
379 RAFAEL LAMAR, URB. LA MERCED
Address  SAN JUAN, P.R. 00918
(787) 756-5411
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

JOSE M. GONZALEZ CINTRON, ESQ. 20112
URB. LA MERCED
#379 RAFAEL LAMAR
HATO REY PR 00918

**Attorney for the Petitioner(s)**

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF PUERTO RICO

IN RE:

**Debtor: Gustavo Pérez Ortiz**  
**Social Security Number: xxx-xx-7085**  
**Joint Debtor:**  
**Social Security Number:**

**Case No.:**  
**Chapter 13**  
**Numbered Listing of Creditors**

| | Creditor and mailing address | Category of Claim | Amount of Claims |
|---|---|---|---|
| 1. | FIRST BANK<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | SECURED | $ 8,973.90 |
| 2. | EMPIRE GAS<br>PO BOX 363651<br>SAN JUAN PR 00936-3651 | UNSECURED | $49,800.06 |
| 3. | GENERAL MOTOR ACCEPT.<br>ADVANCE COLLECTION SERV.<br>PO BOX 71515<br>SAN JUAN PR 00936-8615 | UNSDECURES | $ 7,275.26 |
| 4. | MBNA | UNSECURED | $ 6,400.00 |
| 5. | RUFINO CENTENO RIVERA<br>C/O EBENEZER RODRIGUEZ PIERLUISSI<br>PO BOX 1487<br>GUAYNABO PR 00970-1487 | UNSECURED | $15,000.00 |
| 6. | VERIZON<br>PO BOX 70373<br>SAN JUAN PR 00936-8373 | UNSECURED | $ 2,178.00 |

**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

In re: 

Case No. _____
Chapter

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 10/14/04

Signed: _____
JOSE M. GONZALEZ CINTRON ESQ.
Bar no. 201112

Signed: _____

Signed: _____

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                     Case No.

**GUSTAVO PEREZ ORTIZ**                                Chapter **13**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ $ **1,500.00**

   Prior to the filing of this statement I have received ....................................................................... $

   Balance Due ................................................................................................................................... $ **1,500.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 19, 2004**                                           /s/
Date                                                          Signature of Attorney

**JOSE M. GONZALEZ CINTRON, ESQ. URB. LA MERCED**
Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**MASTER ADDRESS LIST:**

GUSTAVO PEREZ ORTIZ
URB. EL ALAMO
A5 CALLE LAREDO
GUAYNABO PR 00969

JOSE M. GONZALEZ CINTRON. ESQ.
URB. LA MERCED
#379 RAFAEL LAMAR
HATO REY PR 00918

FIRST BANK
PO BOX 9146
SAN JUAN PR 00908-0146

EMPIRE GAS
PO BOX 363651
SAN JUAN PR 00936-3651

GENERAL MOTOR ACCEPT.
ADVANCE COLLECTION SERV.
PO BOX 71515
SAN JUAN PR 00936-8615

MBNA

RUFINO CENTENO RIVERA
C/O EBENEZER RODRIGUEZ PIERLUISSI
PO BOX 1487
GUAYNABO PR 00970-1487

VERIZON
PO BOX 70373
SAN JUAN PR 00936-8373

04-10847

Rev-12-01-03

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

**04-10847**

IN THE MATTER OF:

Gustavo Pérez Ortiz
DBA – HNC Benmen Gas

CASE NUMBER _____

CHAPTER 13

DEBTOR

---

### NOTICE TO DEBTOR OF FILING A PETITION IN BANKRUPTCY UNDER CHAPTER 13

Upon the filing of the instant petition, the items checked were not submitted to the Court:

[ ] Signature (Upon filing)

[ ] Master address list (Upon filing)

[ ] Master address list in Diskette (Upon filing)

[ ] List of creditors (Upon filing)

[ ] Statement of Social Security Number (Form B-21) and/or Employer ID Number (Upon filing)

[ ] Statement disclosing compensation paid or to be paid to the attorney for the debtor  Must be submitted upon filing or within 15 days or any other date set by the Court. 11 U.S.C.§329 and Rule 2016 (b), Fed.R Bankr.P.

[✓] Chapter 13 Plan (Must be submitted within 15 days)

[✓] Schedules (Must be submitted with the petition or within 15 days)

[ ] Statement of financial affairs (Official Form 7)
(Must be submitted with the petition or within 15 days . Rule 1007 (b) & (c)

You are hereby notified that upon failure to file any of the above indicated documents within the prescribed period of time specified herein, the Court may enter an order of dismissal without further notice or hearing.

OCT 2 1 2004

In San Juan, Puerto Rico, this _____.

BY ORDER OF THIS COURT
CELESTINO MATTA-MENDEZ

By: _____
Deputy Clerk